JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRISCILLA DUBOSE,<br><br>Plaintiff,<br><br>vs.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>Defendant. | Case No: 2:17-cv-5314 PA (KSx)<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

# ORDER

The parties having stipulated that this matter has been resolved in its entirety and each side to bear their own attorneys fees and costs, this matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: November 1, 2017

_____
HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT JUDGE